# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **James Holland Helms,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:20-cv-00068-KDB |
| | ) | 3:13-cr-00258-RJC-DCK-1 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 2, 2021 Order.

March 2, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court